1 | JEAN A. WILLIAMS
Acting Assistant Attorney General
2 | LESLIE M. HILL
3 | United States Department of Justice
150 M Street, N.E.
4 | Washington, D.C. 20002
Telephone (202) 514-0375
5 | Facsimile (202) 514-8865

*Attorneys for Defendants*

THEODORE HADZI-ANTICH
Senior Attorney
Center for the American Future
Texas Public Policy Foundation
901 Congress Avenue
Austin, Texas 78701
Telephone: 512-472-2700

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBERTY PACKING COMPANY, LLC, NUCKLES OIL CO., INC. D/B/A MERIT OIL COMPANY, NORMAN R. "SKIP" BROWN, DALTON TRUCKING COMPANY, INC., CONSTRUCTION INDUSTRY AIR QUALITY COALITION, and ROBINSON INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> Defendants. | Case No. 2:21-cv-00724-MCE-DB <br><br> **JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

|  |  |
|---|---|
| 1 | Defendants United States Environmental Protection Agency and Michael S. Regan, in his |
| 2 | official capacity as Administrator of the United States Environmental Protection Agency |
| 3 | (collectively, "EPA") and Plaintiffs Liberty Packing Company, LLC, Nuckles Oil Co., Inc. d/b/a |
| 4 | Merit Oil Company, Norman R. "Skip" Brown, Dalton Trucking Company, Inc., Construction |
| 5 | Industry Air Quality Coalition, and Robinson Industries, Inc. ("Plaintiffs") stipulate to and |
| 6 | respectfully propose the following schedule for briefing on EPA's motion to dismiss Plaintiffs' |
| 7 | complaint (Dkt. No. 9): |

| | | |
|---|---|---|
| | Plaintiffs opposition to EPA's motion to dismiss | July 30, 2021 |
| | EPA's reply in support of motion to dismiss | August 26, 2021 |
| | Hearing on EPA's motion to dismiss noticed: | September 9, 2021 |

Dated: July 1, 2021

JEAN A. WILLIAMS
Acting Assistant Attorney General

/s Leslie M. Hill
LESLIE M. HILL
Senior Attorney

Attorneys for EPA

Dated: July 1, 2021

/s Theodore Hadzi-Antich (email authorization 6/30/21)
THEODORE HADZI-ANTICH

Attorney for Plaintiffs

**ORDER**

Pursuant to the above stipulation between the parties and good cause being shown, the following schedule for briefing on EPA's motion to dismiss Plaintiffs' complaint (ECF No. 9) is adopted:

Plaintiffs' opposition to EPA's motion to dismiss: **July 30, 2021**

EPA's reply in support of motion to dismiss: **August 26, 2021**

Per the Court's previous minute order (ECF No. 12), the 9/9/2021 hearing on the Motion to Dismiss (ECF No. 9) is vacated and submitted without appearance and argument. The opposition or statement of non-opposition and reply due dates shall be filed in accordance with the above modified dates.

IT IS SO ORDERED.

DATED: July 15, 2021

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE